## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

STEVEN L. LANE AND PAMELA I. LANE,
as Trustees of the Lane Family Trust Dated
April 10, 2001, on their own behalf and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

    Case No. 06 C 0418
    Judge Matthew F. Kennelly

BEELAND MANAGEMENT COMPANY, LLC,
WALTER T. PRICE III, ALLEN D. GOODMAN,
JAMES BEELAND ROGERS, JR. and ROGERS
INTERNATIONAL RAW MATERIALS FUND L.P.,

    Defendants.

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Steven L. Lane and Pamela I. Lane, as Trustees of the Lane Family Trust Dated April 10, 2001, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a), voluntarily dismiss without prejudice Defendants Beeland Management Company, LLC, Walter T. Price III, Allen D. Goodman, James Beeland Rogers, Jr. and Rogers International Raw Materials Fund L.P., from this proceeding.

Respectfully submitted,

_____
Floyd A. Wisner
Wisner Law Firm
934 S. 4th Street
St. Charles, IL 60174

630.513.9434
630.513.6287 fax

AND

Andy Dogali
Zala L. Forizs
Forizs & Dogali, P.L.
4301 Anchor Plaza Parkway, #300
Tampa, FL 33634
813.289.0700
813.289.9435 fax

AND

Scott E. Schutzman
Law Offices of Scott E. Schutzman
3700 S. Susan Street
Santa Ana, CA 92704
714.543.3638
714.245.2449 fax

## CERTIFICATE OF SERVICE

I, Floyd A. Wisner, an attorney, hereby certify that I have filed the foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice using the ECF system on this 12th day of April, 2006. Notice of Electronic Case Filing has been sent automatically to the following registered parties, which constitutes service of same:

Thomas K. Cauley, Jr.
Courtney A. Rosen
Christopher Blanchard
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603

A true and correct copy of the foregoing document has been served on the following non-

-2-

registered parties via U.S. Mail on April 12, 2006:

Aaron Rubinstein
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

                                                                    _____
                                                                    Floyd A. Wisner